**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                      PLAINTIFF

v.                                            No. 4:11CR00233-01 JLH

JAVIER HERNANDEZ                                                                                    DEFENDANT

## ORDER

The United States' motion to dismiss, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, is GRANTED. Document #198. The superseding indictment dated December 6, 2011, is dismissed without prejudice as against Javier Hernandez.

IT IS SO ORDERED this 3rd day of September, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE